**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RITTENHOUSE ENTERTAINMENT, INC.; THE MINES, INC.; G NET COMM. CO.; PHOENIX ESTATES; and THOMAS J. GRECO;<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF WILKES-BARRE; THOMAS LEIGHTON, *individually and as Mayor of Wilkes-Barre*; GERALD DESSOYE, *individually and as Chief of Police of Wilkes-Barre*; J.J. MURPHY, *individually and as City Administrator of Wilkes-Barre*; TONY THOMAS, JR., KATHY KANE, WILLIAM BARRET, RICK CRONAUER, and MICHAEL MERRITT, *individually and as Members of the Wilkes-Barre City Council*; BUTCH FRATI, *individually and as Director of Operations of Wilkes-Barre*; LUZERNE COUNTY; MICHAEL SAVOKINAS, *individually and as Luzerne County Sheriff*; KING'S COLLEGE; and FATHER THOMAS J. O'HARA, ROBERT MCGONIGLE, PAUL LINDENMUTH, and JOHN MCANDREW, *individually and as Officers and Employees of Kings College*;<br><br>   Defendants. | CIVIL ACTION NO. 3:11-CV-617<br><br>(JUDGE CAPUTO) |

**ORDER**

   **NOW**, this \_\_4th\_\_ day of June, 2012, **IT IS HEREBY ORDERED** that the Motion for Reconsideration by Defendants Luzerne County and Michael Savokinas (Doc. 33) is **DENIED.**

                                                                  /s/ A. Richard Caputo
                                                                  A. Richard Caputo
                                                                  United States District Judge