**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RITTENHOUSE ENTERTAINMENT, INC.; THE MINES, INC.; G NET COMM. CO.; PHOENIX ESTATES; and THOMAS J. GRECO; <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILKES-BARRE; THOMAS LEIGHTON, *individually and as Mayor of Wilkes-Barre*; GERALD DESSOYE, *individually and as Chief of Police of Wilkes-Barre*; J.J. MURPHY, *individually and as City Administrator of Wilkes-Barre*; TONY THOMAS, JR., KATHY KANE, WILLIAM BARRET, RICK CRONAUER, and MICHAEL MERRITT, *individually and as Members of the Wilkes-Barre City Council*; BUTCH FRATI, *individually and as Director of Operations of Wilkes-Barre*; LUZERNE COUNTY; MICHAEL SAVOKINAS, *individually and as Luzerne County Sheriff*; KING'S COLLEGE; and FATHER THOMAS J. O'HARA, ROBERT MCGONIGLE, PAUL LINDENMUTH, and JOHN MCANDREW, *individually and as Officers and Employees of King's College*; <br><br> Defendants. | CIVIL ACTION NO. 3:11-617 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 16th day of August, 2012, **IT IS HEREBY ORDERED** that:

(1)  The City Defendants' Motion to Dismiss (Doc. 40) is **GRANTED in part and DENIED in part** as follows:

  (a)  The §§ 1983 and 1985 claims asserted by Mr. Greco and Rittenhouse in Count I are **DISMISSED with prejudice**.

  (B)  Count II's §§ 1981 and 1982 claims against the City Council members, J.J. Murphy, and Butch Frati, as well as Rittenhouse's § 1985 claim against all City Defendants, are **dismissed with prejudice**.

  (c)  The motion to dismiss is otherwise **DENIED**.

(2) The County Defendants' Motion to Dismiss (Doc. 39) is **GRANTED in part and DENIED in part** as follows:

    (a) The § 1983 claims asserted by Mr. Greco and Rittenhouse and the § 1985 claims asserted by The Mines, Mr. Greco, and Rittenhouse in Count I are **DISMISSED with prejudice**.

    (b) Count II's claims are **DISMISSED with prejudice**.

    (c) The motion to dismiss is otherwise **DENIED**.

(3) The College Defendants' Motion to Dismiss (Doc. 41) is **GRANTED in part and DENIED in part** as follows:

    (a) The §§ 1983 and 1985 claims asserted by Mr. Greco and Rittenhouse in Count I are **DISMISSED with prejudice**.

    (b) Count II's §§ 1981, 1982, and 1985 claims asserted by Mr. Greco and Rittenhouse are **DISMISSED with prejudice**.

    (c) The motion to dismiss is otherwise **DENIED**.

(4) Defendants shall file a response to Plaintiffs' Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge