# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITTENHOUSE ENTERTAINMENT, INC.; THE MINES, INC.; G NET COMM. CO.; PHOENIX ESTATES; and THOMAS J. GRECO;<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF WILKES-BARRE; THOMAS LEIGHTON, *individually and as Mayor of Wilkes-Barre*; GERALD DESSOYE, *individually and as Chief of Police of Wilkes-Barre*; J.J. MURPHY, *individually and as City Administrator of Wilkes-Barre*; TONY THOMAS, JR., KATHY KANE, WILLIAM BARRET, RICK CRONAUER, and MICHAEL MERRITT, *individually and as Members of the Wilkes-Barre City Council*; BUTCH FRATI, *individually and as Director of Operations of Wilkes-Barre*; LUZERNE COUNTY; MICHAEL SAVOKINAS, *individually and as Luzerne County Sheriff*; KING'S COLLEGE; and FATHER THOMAS J. O'HARA, ROBERT MCGONIGLE, PAUL LINDENMUTH, and JOHN MCANDREW, *individually and as Officers and Employees of King's College*;<br><br>　　Defendants. | CIVIL ACTION NO. 3:11-617<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 8th day of August, 2018, **IT IS HEREBY ORDERED** that:

(1)　　Defendants McAndrew and Lindenmuth are dismissed from the case.

(2) City Defendants' Motion for Summary Judgment (Doc. 135) is **GRANTED in part and DENIED in part as follows**:

(a) the Motion is **GRANTED**, and judgment entered in favor of City Defendants, with respect to all claims in Counts I, II, III, IV, and VI.

(b) The Motion for Summary Judgment is otherwise **DENIED**.

(3) College Defendants' Motion for Summary Judgment (Doc. 138) is **GRANTED in part and DENIED in part** as follows:

(a) The Motion is **GRANTED**, and judgment entered in favor of College Defendants, with respect to all claims in Counts I, II, and III.

(b) The Motion for Summary Judgment is otherwise **DENIED**.

(4) County Defendants' Motion for Summary Judgment (Doc. 141) is **GRANTED**, and judgment entered in favor of County Defendants.

(5) The state law claims in Count V are **DISMISSED** for lack of subject matter jurisdiction.

(6) The Clerk of Court is directed to close the case.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge