# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITTENHOUSE ENTERTAINMENT, INC., *et al.*, | : | Civil No. 3:11-CV-00617 |
| Plaintiffs, | : | |
| v. | : | |
| CITY OF WILKES-BARRE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 7th day of May, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. All individual Defendants are granted summary judgment as to Counts I, II, and III of the amended complaint on the basis of qualified immunity.

2. Defendants Murphy, Thomas, Kane, Barrett, Cronauer, Merritt, and Frati are granted summary judgment as to Count V.

3. This case shall proceed as to Counts I, II, and III against Defendants Wilkes-Barre and King's College and as to the tortious interference claim in Count V against Defendants Leighton, Dessoye, O'Hara, and McGonigle.

4. Defendants Murphy, Thomas, Kane, Barrett, Cronauer, Merritt, and Frati, and Plaintiffs G Net Comm. Co. Inc. and Phoenix Estates are **DISMISSED** from this case.

5. A status conference is scheduled for **June 7, 2021 at 9:30 a.m.**  The conference will be by telephone.  Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
