# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITTENHOUSE ENTERTAINMENT, INC., *et al.*, | : | Civil No. 3:11-CV-00617 |
| Plaintiffs, | : | |
| v. | : | |
| CITY OF WILKES-BARRE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of October 2023, by stipulation of the parties,

**IT IS ORDERED AS FOLLOWS**:

1. This court's August 18, 2023, order and the August 21, 2023 stipulation of the parties are **AMENDED** insofar as the October 17, 2023 deadlines they provide are hereby **EXTENDED** to December 9, 2023; and

2. Upon final settlement of the parties and dismissal of this action, the court shall retain jurisdiction solely for the purpose of enforcement of the settlement agreement.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1